Appendix B

United States District Court
Southern District of Texas
FILED

DEC 2 9 2010

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_____ DIVISION

Brett Abernathy §
 §
versus §   CIVIL ACTION NO. **10-5208**
 §
Unisource §   Jury Demand
6600 Governors Lake Pkwy §
Norcross, GA 30071 §
 §

ORIGINAL COMPLAINT

Appendix A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_____ DIVISION

Brett Abernathy §
§
versus §    CIVIL ACTION NO. _____
§
Unisource §
6600 Governors Lake Pkwy §
Norcross, GA 30071 §

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. This action is brought under Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred by Title 42 United States Code, Section § 2000e-5.

2. The Plaintiff is: Brett Abernathy

   Address: 11635 Legend Manor Dr.
   
   Houston, Texas 77082
   
   County of Residence: Harris

3. The defendant is: Unisource

   Address: _____

☐ Check here if there are additional defendants. List them on a separate sheet of paper with their complete addresses.

4. The plaintiff has attached to this complaint a copy of the charges filed on Religious disc. with the Equal Opportunity Commission. And retaliation

5. On the date of 9-30, the plaintiff received a Notice of Right to Sue letter issued by the Equal Employment Opportunity Commission; a copy is attached.

6. Because of the plaintiff's:

    (a) ☐ race

    (b) ☐ color

    (c) ☐ sex

    (d) ☒ religion

    (e) ☐ national orgin,

    the defendant has:

    (a) ☐ failed to employ the plaintiff

    (b) ☒ terminated the plaintiff's employment

    (c) ☐ failed to promote the plaintiff

    (d) ☐ other: _Made derogatory remarks & treated differently than other employees. Prejudice & actions kept me from succeeding. The year before I was awarded our company's top honor._

7. When and how the defendant has discriminated against the plaintiff: _please see attached. Numerous times verbally and by actions_

8. The plaintiff requests that the defendant be ordered:

    (a) ☐ to stop discriminating against the plaintiff

    (b) ☐ to employ the plaintiff

    (c) ☐ to re-employ the plaintiff

    (d) ☐ to promote the plaintiff

(e) ☒ to _____

_____

_____ and that;

(f) ☒ the Court grant other relief, including injunctions, damages, costs and attorney's fees.

_____
(Signature of Plaintiff)

Address: _11635 Legend Manor_
_Houston, Texas 77082_

Telephone: _832.236.3027_

Brett Abernathy

<mark>①</mark> Brett Abernathy is filing a complaint against Unisource at 515 Rusk, Houston Texas. I was employed at 4414 Hollister here in Houston and Rusk should have jurisdiction.

<mark>②</mark> I have been given the "right to sue" by the EEOC. Case number 460-2010-03524. My filing is 2 part: Religious Discrimination and retaliation. I will include my written statement to the EEOC. When I alerted HR at Unisource things became much worse. Since my filing with the EEOC it also has come to my attention that my General Manager made remarks concerning my faith to my co-workers as well as at least 2 of our major suppliers. After my initial HR complaint many of my opportunities were sabotaged and human Resources @ Unisource would no longer communicate my rights or other questions or concerns. There was clear retaliation of my local general manager concerning my HR complaint. He went to great lengths to keep me from succeeding.

Additionally I am suing for slander/libel as my General Manager made false statements concerning me to at least 2 of our major suppliers.

(3) I am suing for tortious interference as my General Manager ~~made~~ asked at least one of our suppliers to keep me from achieving success in the marketplace after I had been laid off.

(4) I am also suing for approximately $12,000.00 in owed commissions.

(5) In short all of the above stem from me having to go to Human Resources about problems with my General Manager. Those problems included religious discrimination that resulted in him applying a different set of standards for me. After complaining to HR I was subjected to rage, account movement, and negligence in aiding me in growing my business. I was eventually laid off. HR did nothing to help.

⑥ I Am seeking the maximum relief on the EEOC charges which is $300,000.00 for a company the size of Unisource. Double that if each complaint can carry that amount.

I am seeking $35,000.00 on the Torrents interference.

I Am seeking $150,000 emotional damages

I Am seeking $15,000 on the libel.

I Am seeking $12,000 in back commissions.

Brory Abernathy
11635 Legend Manor Drive
Houston, Tx 77082